### Joseph H. Cleveland v. Emilie Stein.

*Exceptions, when to be settled.* When no order has been granted during the term in which a judgment has been entered, enlarging the time for preparing exceptions, the Circuit Judge has no power to extend the time afterwards.

*Heard and decided July 9th.*

Defendant in error obtained judgment against the plaintiff in error, in the Lenawee Circuit Court, at the March term, 1865. The cause was tried without a jury, and no order was

CLEVELAND *v.* STEIN.

made, during said term, enlarging the time for settling exceptions.

April 14th, 1866, an *ex parte* order was granted by said court, giving plaintiff in error until April 30th, 1866, for such purpose. The attorney of record for defendant in error appeared and objected on the grounds, that a copy of the proposed exceptions had been but recently served upon him; that the judgment had been collected; and that he was no longer attorney in the case. Time was then extended to June 11th, 1866, when defendant in error appeared and objected on the ground, that no order having been made during the term in which said judgment was rendered, enlarging the time to prepare a bill, the Circuit Judge had no power to allow the same afterwards.

*D. Johnson*, for the motion.

Cited 2 *Comp. L.* § 1199, *Rules of Court*, 85, 86; 3 *Cow.* 32; 11 *Mich.* 60.

*A. Millerd*, contra.

By the Court.

The Circuit Judge having granted no order fixing a time for preparing and settling exceptions, during the term in which the judgment was rendered, he could exercise no power over the matter at a subsequent term.

CAMPBELL J. dissented, being of opinion that it was entirely within the discretion of the Circuit Court to regulate the time for settling exceptions, whether during or after the term.